# U.S. District Court
## District of South Carolina (Columbia)
### CIVIL DOCKET FOR CASE #: 3:23−cv−04032−DCC

Emrit v. Grammy Awards, The  
Assigned to: Honorable Donald C Coggins, Jr  
Cause: 28:1391 Personal Injury  

Date Filed: 08/15/2023  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Ronald Satish Emrit**     represented by    **Ronald Satish Emrit**  
5108 Cornelias Prospect Drive  
Bowie, MD 20720  
PRO SE  

V.

**Defendant**

**Grammy Awards, The**  
*doing business as*  
The Recording Academy/NARAS  

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2023 | Ï 1 | COMPLAINT against Grammy Awards, The, filed by Ronald Satish Emrit. (Attachments: # 1 Supporting Documents, # 2 Envelope) (lbak) (Entered: 08/15/2023) |
| 08/15/2023 | Ï 3 | MOTION for Leave to Proceed in forma pauperis (Restricted Access) by Ronald Satish Emrit. Response to Motion due by 8/29/2023. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Envelope) Motions referred to Shiva V. Hodges. (lbak) (Entered: 08/15/2023) |
| 08/15/2023 | Ï 5 | **REPORT AND RECOMMENDATION recommending the district judge transfer this matter to the United States District Court for the Central District of California for further disposition. Objections to R&R due by 8/29/2023. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. Signed by Magistrate Judge Shiva V. Hodges on 8/15/2023. (lbak)** (Entered: 08/15/2023) |
| 08/15/2023 | Ï 6 | ***CASE MANAGEMENT TRANSFERRED to civil case manager for Judge Donald C. Coggins, Jr.. Any future filings must be sent to the Clerk's Office at the following address: Donald S. Russell Federal Bldg, 201 Magnolia Street, Spartanburg, SC 29306. (lbak) (Entered: 08/15/2023) |
| 08/16/2023 | Ï 7 | ***DOCUMENTS MAILED 5 REPORT AND RECOMMENDATION and 6 Transfer of Case Management, placed in U.S. Mail from Columbia Clerks Office to Ronald Satish Emrit, 5108 Cornelias Prospect Drive, Bowie, MD 20720. (lbak) (Entered: 08/16/2023) |
| 10/16/2023 | Ï 8 | OBJECTION to 5 Report and Recommendation by Ronald Satish Emrit. (document titled as "Notice of Interlocutory Appeal"). Reply to Objections due by 10/30/2023 Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6. (alew) (Entered: 10/16/2023) |
| 10/26/2023 | Ï 10 | |

**ORDER RULING ON REPORT AND RECOMMENDATION** adopting **5** Report and Recommendation, transferring this case to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1406(a) and finding as moot **3** Plaintiff's Motion to proceed in forma pauperis. Signed by Honorable Donald C Coggins, Jr on 10/26/23. (alew) (Entered: 10/26/2023)